16

From: The District Court of the Thirteenth Judicial District. County of Treasure.
STATE OF MONTANA, Plaintiff, vs. WAYNE L. BAGLEY, Defendant.
NO. 115

## DECISION

The application of the above-named defendant for review of the sentence of Ten years for Burglary in the First Degree imposed on April 3, 1970, was fully heard and after a careful consideration of the entire matter it is decided that:

No change will be made in the sentence heretofore imposed.

This sentence appears to be sufficiently lenient considering the prior record of the defendant. The defendant's main contention is that he wishes to return to Minnesota to complete service of a forty-year term for Robbery in the First Degree.

The Board would like to thank Richard Llewellyn Esq., of the Montana Defender Project for his assistance to the defendant and this Board.

DATED this 9th day of July, 1970.

### SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Sid G. Stewart.

From: The District Court of the Thirteenth Judicial District. County of Yellowstone.
STATE OF MONTANA, Plaintiff, vs. STEVEN KENT BARCROFT, Defendant.
NO. 7921

## DECISION

The application of the above-named defendant for a review of the sentence of Ten years for Manslaughter imposed on March 30, 1970, was fully heard and after a careful consideration of the entire matter it is decided that

No change will be made in the sentence heretofore imposed.

While the ten-year sentence is the maximum that could be imposed for the crime, the plea was entered on advice of the competent counsel and was only entered after a jury trial was imminently scheduled on the charge of Murder in the Second Degree. We feel under the total circumstances of this case that the sentence is justified.

DATED this 9th day of July, 1970.

### SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Sid G. Stewart.